# Court of Appeals
# of the State of Georgia

ATLANTA, April 07, 2021

*The Court of Appeals hereby passes the following order:*

**A21A0491.  BRANDON HIGGINBOTHAM v. THE STATE.**

On December 30, 2019, this Court granted the appellant's application for discretionary appeal in the above-styled matter.  However, upon further review, we hereby DISMISS the appeal as improvidently granted.



*Court of Appeals of the State of Georgia*
      *Clerk's Office, Atlanta, 04/07/2021*
      *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
      *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*